# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Angela Renae Mayer,                                        Civ. No. 14-2732 (ADM/BRT)

      Plaintiff,

v.

                                              **ORDER**

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

      Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated November 19, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 18) is **DENIED**;

    2.    Defendant's Motion for Summary Judgment (Doc. No. 25) is **GRANTED**; and

    3.    This case is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 9, 2015

                                                    s/Ann D. Montgomery
                                                    ANN D. MONTGOMERY
                                                    United States District Court Judge